# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee ▾

| | |
|---|---|
| ISABEL TERESA FERNANDEZ JENKINS as next of kin of MYKEL D. JENKINS (Deceased),<br><br>_____<br>*Plaintiff(s)*<br>v.<br>CITY OF CHATTANOOGA, CHATTANOOGA POLICE DEPARTMENT, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3 JOHN DOE 4 In their official capacities asagents for the Chattanooga Police Department<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:22-CV-69

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Chattanooga
Mayor Tim Kelly
101 E. 11th Street
Chattanooga, TN 37402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert Davis
Davis, Kessler & Davis
433 Cherokee Blvd.
Chattanooga, TN 37405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/22/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-CV-69

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* 3-22-22 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Phil Noblett, City attorney , who is

designated by law to accept service of process on behalf of *(name of organization)* City of Chattanooga

& Mayor Tim Kelly on *(date)* 3-24-22 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-24-22

*Server's signature*

Marc Lawrence, private server
*Printed name and title*

516 Chestnut St 37402
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee ☑

| | |
|---|---|
| ISABEL TERESA FERNANDEZ JENKINS as next of kin of MYKEL D. JENKINS (Deceased), <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITY OF CHATTANOOGA, CHATTANOOGA POLICE DEPARTMENT, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3 JOHN DOE 4 In their official capacities asagents for the Chattanooga Police Department <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:22-CV-69 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Doe 1
Chattanooga Police Department
3410 Amnicola Hwy
Chattanooga, TN 37406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert Davis
Davis, Kessler & Davis
433 Cherokee Blvd.
Chattanooga, TN 37405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT.

Date: 3/22/2022

_____
Signature of Clerk or Deputy Clerk

Civil Action No. 1:22-CV-69

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*    3-22-22    .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)*    Sgt Ajil Bolton #336    , who is

designated by law to accept service of process on behalf of *(name of organization)*    City  of

Chattanooga Police Dept    on *(date)*    3-24-22    ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    3-24-22

_____
*Server's signature*

Marc LAWrince, private Server
*Printed name and title*

516 Chestnut St, 37402
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee ▾

| | |
|---|---|
| ISABEL TERESA FERNANDEZ JENKINS<br>as next of kin of MYKEL D. JENKINS<br>(Deceased), | )<br>)<br>)<br>) |
| _____<br>*Plaintiff(s)* | )<br>) |
| v. | )    Civil Action No. 1:22-CV-69 |
| CITY OF CHATTANOOGA, CHATTANOOGA<br>POLICE DEPARTMENT, JOHN DOE 1, JOHN DOE<br>2, JOHN DOE 3 JOHN DOE 4 In their official<br>capacities asagents for the Chattanooga Police<br>Department | )<br>)<br>)<br>)<br>) |
| _____<br>*Defendant(s)* | )<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Doe 2
Chattanooga Police Department
3410 Amnicola Hwy
Chattanooga, TN 37406


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert Davis
Davis, Kessler & Davis
433 Cherokee Blvd.
Chattanooga, TN 37405


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____3/22/2022_____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-CV-69

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* ___3-22-22___ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _Sgt. April Bolton #336_ , who is
designated by law to accept service of process on behalf of *(name of organization)* _City of_
_Chattanooga, Police Dept_ on *(date)* _3-24-22_ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3-24-22__ _Marc Lawrence_
_____
Server's signature

_Marc Lawrence, private server_
_____
Printed name and title

_516 Chestnut St. 37402_
_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Tennessee ▾

| | |
|---|---|
| ISABEL TERESA FERNANDEZ JENKINS as next of kin of MYKEL D. JENKINS (Deceased), <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITY OF CHATTANOOGA, CHATTANOOGA POLICE DEPARTMENT, JOHN DOE 1,  JOHN DOE 2, JOHN DOE 3 JOHN DOE 4 In their official capacities asagents for the Chattanooga Police Department <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No. 1:22-CV-69 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Doe 3
Chattanooga Police Department
3410 Amnicola Hwy
Chattanooga, TN 37406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert Davis
Davis, Kessler & Davis
433 Cherokee Blvd.
Chattanooga, TN 37405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT·

Date:    3/22/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-CV-69

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*   3-22-22   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   Sgt. April Bolton #334   , who is

designated by law to accept service of process on behalf of *(name of organization)*   City of

Chattanooga Police Dept   on *(date)* 3-24-22   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   3-24-22

_____
Server's signature

: Marc Lawrence, Private Server
Printed name and title

516 Chestnut St, 37402
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee  ▾

|  |  |
|---|---|
| ISABEL TERESA FERNANDEZ JENKINS as next of kin of MYKEL D. JENKINS (Deceased), <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITY OF CHATTANOOGA, CHATTANOOGA POLICE DEPARTMENT, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3 JOHN DOE 4 In their official capacities asagents for the Chattanooga Police Department <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:22-CV-69

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Doe 4
Chattanooga Police Department
3410 Amnicola Hwy
Chattanooga, TN 37406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Davis
Davis, Kessler & Davis
433 Cherokee Blvd.
Chattanooga, TN 37405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/22/2022

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-CV-69

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____3-22-22_____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____Sgt. Anil Bolton #336_____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____@ City of_____

_Chattanooga, Police Dept_ on *(date)* _3-24-22_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____3-24-22_____

_____Marc Lawrence_____
*Server's signature*

_Marc LAWRENCE, private server_
*Printed name and title*

_516 Chestnut St, 37402_
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Tennessee ▼

| | |
|---|---|
| ISABEL TERESA FERNANDEZ JENKINS as next of kin of MYKEL D. JENKINS (Deceased),<br><br>*Plaintiff(s)*<br>v.<br>CITY OF CHATTANOOGA, CHATTANOOGA POLICE DEPARTMENT, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3 JOHN DOE 4 In their official capacities asagents for the Chattanooga Police Department<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  1:22-CV-69 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chattanooga Police Department
3410 Amnicola Hwy
Chattanooga, TN 37406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: 
Robert Davis
Davis, Kessler & Davis
433 Cherokee Blvd.
Chattanooga, TN 37405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  3/22/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-CV-69

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* 3-22-22 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sgt. April Bobbor #336 , who is
designated by law to accept service of process on behalf of *(name of organization)* City of
Chattanooga Police Dept on *(date)* 3-24-22 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-24-22

*Server's signature*

Marc Lawrence private server
*Printed name and title*

516 Chestnut Street, 37402
*Server's address*

Additional information regarding attempted service, etc: