UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ISABEL TERESA FERNANDEZ JENKINS, as Next of kin of MYKEL D. JENKINS (Deceased), | : : : | |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No. 1:22-cv-69 |
| CITY OF CHATTANOOGA, CHATTANOOGA POLICE DEPARTMENT, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, and JOHN DOE 4, in their Official capacities as agents for the Chattanooga Police Department, | : : : : : : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Please take notice that KATHRYN C. McDONALD, BPR #30950, does hereby appear on behalf of the Defendants, City of Chattanooga and Chattanooga Police Department, in the above-captioned action before the United States District Court, Eastern District of Tennessee, at Chattanooga.

The undersigned is an attorney at law, duly qualified to act as such under the laws of the State of Tennessee and are authorized to appear as such in proceedings before the United States District Court, Eastern District of Tennessee at Chattanooga, under its rules of practice and procedure.

1

Respectfully submitted,

CITY OF CHATTANOOGA, TENNESSEE
OFFICE OF THE CITY ATTORNEY


By: s/ Kathryn C. McDonald
   KATHRYN C. MCDONALD – BPR #30950
   J. TAYLOR THOMAS – BPR #36278
   *Assistant City Attorneys*
   PHILLIP A. NOBLETT – BPR #10074
   *Deputy City Attorney*
   100 East 11th Street, Suite 200
   Chattanooga, Tennessee 37402
   (423) 643-8250 - Telephone
   (423) 643-8255 - Fax

   *Attorneys for Defendant, City of Chattanooga*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Robert Davis
DAVIS, KESSLER & DAVIS
433 Cherokee Boulevard
Chattanooga, TN 37405

This 25th day of May, 2022.

                                              s/ Kathryn C. McDonald
                                              KATHRYN C. McDONALD

City of Chattanooga, Tennessee
Office of the City Attorney
100 E. 11th Street, Suite 200
Chattanooga, Tennessee 37402
(423) 643-8250
kmcdonald@chattanooga.gov