UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ISABEL TERESA FERNANDE JENKINS, | ) |
| | ) |
| Plaintiff, | ) 1:22-CV-00069-DCLC |
| | ) |
| vs. | ) |
| | ) |
| CITY OF CHATTANOOGA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff filed her complaint on March 8, 2022 [Doc. 1] and Defendants filed their answer on April 14, 2022 [Doc. 7]. On April 18, 2022, the Court ordered the parties to confer under Fed. R. Civ. P. 26(f) within thirty (30) days of that order and subsequently submit a report of that meeting within fourteen (14) days of that conference [Doc. 9]. Those deadlines have passed, and no Rule 26(f) report has been filed. Therefore, the parties shall file their Rule 26(f) report by **Friday**, **July 1, 2022**. Further, the Court hereby sets a telephonic scheduling conference on **Wednesday, July 6, 2022 at 11:00 a.m.** The parties shall call the Court's conference line at 866-390-1828 and enter access code 4845352 at the appointed time.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge