U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

☑ MOTION HEARING
☐ PRETRIAL CONFERENCE
☐ OTHER

Case No **1:22-CV-69**    **Jenkins**   v. **City of Chattanooga**

PRESENT: Honorable **Christopher H. Steger**   ☐ U.S. District Judge OR ☑ U.S. Magistrate Judge

**Robert Davis**                                          **Phil Noblett**
Attorney(s) for Plaintiff(s)   Attorney(s) for Plaintiff(s)   Attorney(s) for Defendant(s)

**Kathren McDonald**    **Kelli Jones**    **Digital Recorder 1B**
Attorney(s) for Defendant(s)   Courtroom Deputy   Court Reporter

PROCEEDINGS:
Hearing held on the motion for protective order (#17) - GRANTED. An Order shall enter.

TESTIMONY BY: _____

TRIAL SET: _____

Time: **3:15** to **3:35**        Date: **8/16/22**

_____ to _____
_____ to _____
_____ to _____

REV 7/14