IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ISABEL TERESA FERNANDEZ JENKINS ) <br> as next of kin of MYKEL D. JENKINS ) <br> (Deceased), ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> CITY OF CHATTANOOGA, ) <br> CHATTANOOGA POLICE DEPARTMENT, ) <br> JOHN DOE 1, JOHN DOE 2, JOHN DOE 3 ) <br> JOHN DOE 4 In their official capacities as ) <br> agents for the Chattanooga Police Department ) <br> and in their individual capacity ) <br> ) <br> Defendants. ) | NO: 1:22-CV-00069-DCLC-CHS <br><br> JURY DEMAND |

## RULE 26 EXPERT DISCLOSURES OF PLAINTIFF

Comes now the Plaintiff, by and through counsel, and hereby gives notice to the Court of his service of Plaintiff's Expert Disclosures to the Defendants on May 29, 2023. Dr. John Daniel has reserved the right to supplement said disclosures.

Respectfully submitted,

s/Robert Floyd Davis
Robert Floyd Davis  (B.P.R. # 030129)
Davis, Kessler & Davis
433 Cherokee Blvd.
Chattanooga, TN 37405
(423) 267-7000
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon via Court's e-service system:

Kathryn C. McDonald, Esq.
J. Taylor Thomas, Esq.
Phillip A. Noblett, Esq.
Attorneys for Defendant, City of Chattanooga
100 East 11th St. Suite 200
Chattanooga, TN 37402

on this the 30th day of May, 2023.

s/Robert Floyd Davis
Robert Floyd Davis
