UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

ISABEL TERESA FERNANDEZ JENKINS, as : 
Next of kin of MYKEL D. JENKINS (Deceased), :
:
Plaintiff, :
:
vs. : Civil Action No. 1:22-cv-69
:
CITY OF CHATTANOOGA, CHATTANOOGA :
POLICE DEPARTMENT, JOHN DOE 1, JOHN :
DOE 2, JOHN DOE 3, and JOHN DOE 4, in their :
Official capacities as agents for the Chattanooga :
Police Department, :
:
Defendants. :

## NOTICE OF APPEARANCE

Comes now the Plaintiff, ISABEL TERESA FERNANDEZ JENKINS, as Next of kin of MYKEL D. JENKINS (Deceased), by and through counsel, and provides notice that Corissa M. Davis of the Law Firm of Davis, Kessler & Davis, 433 Cherokee Blvd., Chattanooga, Tennessee 37405, telephone number (423) 267-7000, will be co-counsel with their attorney of record Robert Floyd Davis to represent them in the above-captioned matter.

Respectfully submitted this 8 day of June, 2023.

By: *[signature]*
Corissa M. Davis, (BPR 40245)
Davis, Kessler & Davis
433 Cherokee Blvd.
Chattanooga, TN 37405
(423) 267-7000
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served by placing a true and exact copy of said document in the United States Mail, Fax, or Email, addressed to said person listed below, with sufficient postage thereupon to carry the same to its destination.

PHILLIP A. NOBLETT – BPR #10074
Deputy City Attorney
KATHRYN C. MCDONALD – BPR #30950
DAVID W. SCHMIDT – BPR #26016
Assistant City Attorneys
100 East 11th Street, Suite 200
Chattanooga, Tennessee 37402
(423) 643-8250 - Telephone
(423) 643-8255 - Fax
Attorneys for Defendants

This the 8 day of June, 2023.

_Corissa Davis_
Corissa M. Davis