UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ISABEL TERESA FERNANDEZ JENKINS, as Next of kin of MYKEL D. JENKINS (Deceased), | : : : | |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No. 1:22-cv-69 |
| CITY OF CHATTANOOGA, CHATTANOOGA POLICE DEPARTMENT, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, and JOHN DOE 4, in their Official capacities as agents for the Chattanooga Police Department, | : : : : : : | |
| Defendants. | : | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE EXPERT DISCLOSURES

Plaintiff and Defendants jointly move this Honorable Court for a short extension of the current discovery deadlines of fourteen (14) days for Defendants to file their Expert Witness Disclosures until July 12, 2023. The parties also jointly move this Court to grant an extension of any Expert Witness Rebuttal disclosures by Plaintiff until July 26, 2023. Defendants would show that their police procedures expert, Emanuel Kapelsohn, has requested a two-week extension to complete his expert witness report due to his current workload on other federal court litigation. The Parties are requesting a two (2) week Discovery cut-off extension for fact and discovery experts until August 10, 2023.

Respectfully submitted,

CITY OF CHATTANOOGA, TENNESSEE
OFFICE OF THE CITY ATTORNEY


By:   s/   Phillip A. Noblett
    PHILLIP A. NOBLETT – BPR #10074
    *Deputy City Attorney*
    KATHRYN C. MCDONALD – BPR #30950
    DAVID W. SCHMIDT – BPR #26016
    *Assistant City Attorneys*
    100 East 11th Street, Suite 200
    Chattanooga, Tennessee 37402
    (423) 643-8250 - Telephone
    (423) 643-8255 - Fax

    *Attorneys for Defendant, City of Chattanooga*

DAVIS, KESSLER & DAVIS


By:  s/ Robert F. Davis
    ROBERT F. DAVIS – BPR #30129
    ROGER D. LAYNE – BPR #33873
    433 Cherokee Boulevard
    Chattanooga, TN  37405
    (423) 267-7000 – Telephone
    (423) 717-5488 – Facsimile

    *Attorneys for Plaintiff*