UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ISABEL TERESA FERNANDEZ JENKINS, as Next of kin of MYKEL D. JENKINS (Deceased), | : : : | |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No. 1:22-cv-69 |
| CITY OF CHATTANOOGA, CHATTANOOGA POLICE DEPARTMENT, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, and JOHN DOE 4, in their Official capacities as agents for the Chattanooga Police Department, | : : : : : : | |
| Defendants. | : : | |

## **PROPOSED ORDER**

Based upon a Joint Motion of the Parties for an Extension of Time for Defendants to finalize Expert Witness Disclosures until July 12, 2023 and for Plaintiff to file any expert witness rebuttal disclosures until July 26, 2023 due to Defendants' Expert, Emanuel Kapelsohn's workload and request for a fourteen (14) day extension to complete his report, and the Plaintiff having no objection to said extension. The Parties have further requested a two (2) week extension for fact and discovery experts until August 10, 2023. It is hereby

ORDERED that Defendants shall have an additional fourteen (14) days to file and supplement their Expert Witness Disclosures with an Expert Witness Report from Emanuel Kapelsohn until July 12, 2023, and Plaintiff shall file and supplement any expert witness rebuttal disclosures until July 26, 2023. The Parties further have an extension of the Discovery Cut-Off for Fact and Discovery Experts until August 10, 2023.

SO ORDERED.

_____
CLIFTON L. CORKER, United States District Judge