UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ISABEL TERESA FERNANDE JENKINS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) 1:22-CV-00069-DCLC-CHS ) ) |
| CITY OF CHATTANOOGA, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Before the Court is Defendants' Motion to Extend Dispositive Motion Deadline [Doc. 27], requesting an extension of the dispositive motion deadline from September 11, 2023, [*see* Doc. 16, pg. 1], to October 2, 2023 [Doc. 27, pg. 2]. For good cause shown, the motion is **GRANTED**. The dispositive motion deadline is extended to **October 2, 2023**. All other deadlines remain unchanged.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge