UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ISABEL TERESA FERNANDEZ JENKINS, as Next of kin of MYKEL D. JENKINS (Deceased),<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHATTANOOGA, CHATTANOOGA POLICE DEPARTMENT, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, and JOHN DOE 4, in their Official capacities as agents for the Chattanooga Police Department,<br><br>Defendants. | Civil Action No. 1:22-cv-69 |

## AFFIDAVIT OF STEVEN CHARLES COGSWELL, M.D.

STATE OF TENNESSEE :
COUNTY OF HAMILTON:

Comes now, Steven Charles Cogswell, M.D., who, first after being duly sworn would state as follows:

1. I am an Associate Medical Examiner with Hamilton County, Tennessee.

2. My experience, education, certifications, and publications as a Medical Examiner are set forth in my Curriculum Vitae, which is attached as **Exhibit 1**.

3. On March 19, 2021, I conducted the postmortem examination of the decedent, Mykel Jenkins, who was involved in a shooting incident with the City of Chattanooga Police Department.

4. The cause of death for Mr. Jenkins was multiple gunshot wounds and the manner of death was homicide. I drafted a report dated April 29, 2021 and it is attached to this Affidavit as **Exhibit 2**.

5. A urine drug screen was conducted at the time of the examination, and it was positive for methamphetamine and amphetamine. According to the NMS report Mr. Jenkins' Methamphetamine level was 2100ng/mL and Amphetamine level was 64ng/mL. These results were confirmed by a blood test. This blood test revealed a blood alcohol content of .011.

6. Since the draft of my report on April 29, 2021, the statements as written in my report has not changed.

FURTHER AFFIANT SAITH NOT.

STEVEN CHARLES COGSWELL, M.D.

Sworn to and subscribed before me this the 29th day of September, 2023

NOTARY PUBLIC AT LARGE
My Commission Expires: