UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

ISABEL TERESA FERNANDEZ JENKINS, as :
Next of kin of MYKEL D. JENKINS (Deceased), :
:
                Plaintiff, :
:
vs. : Civil Action No. 1:22-cv-69
:
CITY OF CHATTANOOGA, CHATTANOOGA :
POLICE DEPARTMENT, JOHN DOE 1, JOHN :
DOE 2, JOHN DOE 3, and JOHN DOE 4, in their :
Official capacities as agents for the Chattanooga :
Police Department, :
:
                Defendants. :

### AFFIDAVIT OF GLEN E. FARR, PHARM. D.

STATE OF TENNESSEE   :
COUNTY OF KNOX       :

     Comes now, Glenn E. Farr, Pharm.D., who, first after being duly sworn would state as follows:

     1.     I am a Professor Emeritus of Clinical Pharmacy & Translational Science FOR THE University of Tennessee College of Pharmacy, who has reviewed the files in connection with this shooting incident involving Mykel Jenkins, deceased, by one officer, of the City of Chattanooga. My experience, education, and publications as a pharmacist are set forth in my Curriculum Vitae, which is attached as **Exhibit 1** to this Affidavit.

     2.     On June 9, 2023, I prepared an expert report on behalf of the City of Chattanooga. In my report, I specifically state my background a qualifications for producing this expert opinion. The list of materials I reviewed in preparing this opinion is also listed in the report. My report is attached hereto as **Exhibit 2.**

3. In my report, I concluded that Mr. Jenkins had toxic levels of methamphetamine in his system at the time he interacted with the police. Mr. Jenkins' blood levels at the approximate time of his death was 2100ng/ml of methamphetamine and 64 ng/ml of amphetamine.

4. It is my expert opinion that the levels of methamphetamine in Mr. Jenkins' system would likely be manifested by varying degrees of confusion, anxiety, agitation, and irrational or violent behavior that resulted in increasing levels of force by officers to gain control.

5. Since the report was drafted on June 9, 2023, my opinion as stated in the report has not changed.

FURTHER AFFIANT SAITH NOT.

GLENN E. FARR, PHARM.D.

Sworn to and subscribed before me
this the 26th day of September, 2023.

Patricia Lacey Campbell
NOTARY PUBLIC AT LARGE
My Commission Expires: 5-31-2026

