1              UNITED STATES DISTRICT COURT

2             EASTERN DISTRICT OF TENNESSEE

3                    AT CHATTANOOGA

4    ------------------------------------------------
                                )
5    ISABEL TERESA FERNANDEZ     )
     JENKINS, as next of kin     )
6    of MYKEL D. JENKINS         )
     (Deceased),                 )
7                                )
          Plaintiff,             )
8                                ) Civil Action 1:22-cv-69
       vs.                       )
9                                )
     CITY OF CHATTANOOGA;        )
10   CHATTANOOGA POLICE          )
     DEPARTMENT; JOHN DOE 1,     )
11   JOHN DOE 2, JOHN DOE 3,     )
     and JOHN DOE 4, in their    )
12   official capacities as      )
     agents for the Chattanooga  )
13   Police Department.          )
                                 )
14        Defendants.            )
     ------------------------------------------------
15                       Chattanooga, Tennessee
                         August 2, 2023
16

17        DEPOSITION OF ISABEL FERNANDEZ JENKINS

18   ------------------------------------------------

19

20

21

22

23

24

25

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS  Document 29-8  Filed 10/02/23  Page 1 of 15  PageID #: 465

1     A    Yes.

2     Q    Yes, ma'am.  May have been just a statement they

3  were taking in connection with --

4     A    Well, they asked me --

5     Q    -- his death.

6     A    -- to -- they told me -- I thought they were going

7  to put me in jail, because they asked me to put my hand

8  up and tell truth and the whole truth.  And I did not

9  know what they were doing, you know.  And they put me

10 back in the room and locked the door.  They wouldn't let

11 anybody back there, and it was just me and that sheriff.

12 And they were asking me all sorts of questions, what

13 happened.  And I don't know what I told them, like I was

14 telling her, because I just -- I was in shock.

15    Q    Yes, ma'am.  Yes, ma'am.

16    A    And I did not know -- I don't know half of what I

17 told them.

18    Q    Yes, ma'am.  Well, we will get to the point of

19 where we can talk about what you did as a prior statement

20 at some point here in our discussion today.  But I am

21 mainly wanting to at least tell you that you're not being

22 locked in a room.  You can take a break whenever you

23 wish, because this is a civil deposition in connection

24 with this matter.  And if you need to take a break at

25 some point in time, the one thing I would ask you to do

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS  Document 29-8  Filed 10/02/23  Page 2 of 15  PageID #:
466

1   me about it, and I never really knew that he was on

2   there -- he was on meth.  My daughters knew, but I never

3   knew.  Because I did not know how people acted when they

4   were on meth.  So, you know, so I never thought he was on

5   meth, ever.

6       Q   Okay.  But at least as far as 2308 Barbara Lane,

7   that was, I guess, a friend of Mykel's, and his first

8   name was Doug?

9       A   Yeah.

10      Q   Okay.  And that's in Soddy-Daisy, Tennessee?

11      A   Yes.

12      Q   Looks like all the other addresses I have on Mykel

13  here appear at, I guess, either his dad's address at 3974

14  Arkwright Street or a 3986 Arkwright Street in Lupton

15  City.  Was that maybe the dad's parents' property?

16      A   It might've been.  It might've been.  Or it

17  might've been the house next door, because it was, it

18  was -- that was his also.

19      Q   Okay.  And I showed that at least Mykel was living

20  at 3974 Arkwright Street for, it looks like six years,

21  from 2010 up through 2016.  Did he move in with his dad

22  for a while and not stay with you?  Or how did that work?

23      A   He would stay -- he didn't -- he stayed with his

24  dad, and then he left.  But he didn't stay with me until

25  after, you know, after my mom passed away.  So, he stayed

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS  Document 29-8  Filed 10/02/23  Page 3 of 15  PageID #:
467

1   A   No.

2   Q   Don't know?

3   A   No.  I knew he worked in roofing and he also

4   painted.  He was working, you know, somewhere, painting a

5   house.

6   Q   Houses?

7   A   Yeah.

8   Q   Do you know the person he was working with or --

9   A   No.

10  Q   And that wasn't the Doug fellow at all, was it?

11  A   At one point he worked with Doug.

12  Q   Okay.

13  A   But that's, that's when he was living with me, you

14  know.  And he -- so I knew he went to work.  Because Doug

15  would pick him up and he would go to work and then he

16  would come home.

17  Q   Okay.

18  A   And so, you know, I know that one.  And they

19  were -- and Doug had gotten him the work, and that -- but

20  he never told me where he worked.  He didn't talk to me

21  about his life, pretty much.

22  Q   Yes, ma'am.  Were you aware that Mykel got into

23  problems with, I guess, an aggravated assault charge here

24  in 2014 when he was 25 years old?

25  A   Is that the one that -- when he went to jail?

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS  Document 29-8  Filed 10/02/23  Page 4 of 15  PageID #:
468

1   got video footage at that point in time of Mykel

2   committing the theft.  So that was the reason for the

3   charge at least of theft on that day.

4       A    Okay.

5       Q    And the officer was notified that Mykel had

6   returned to the corner of Thrushwood Drive/Ashland

7   Terrace, appearing to be smoking marijuana.

8            Did Mykel smoke marijuana?

9       A    I didn't know.  I've never been around him when he

10  did, you know.  He didn't with me.

11      Q    Yes, ma'am.  So apparently they identified 600

12  Ashland Terrace as a Circle K here.  So, it's a Circle K

13  store.

14           And then apparently the officer went back to 3624

15  Premium Drive.  And upon arrival, Mykel's mother -- and

16  that'd be you -- allowed the police to check the home for

17  Mykel, and Mykel wasn't in the house at that point in

18  time.  But next door he observed Mykel hiding along the

19  north side of the home, still not wearing a shirt,

20  wearing blue jeans and the same baseball cap, and told

21  Mykel to come with him.  At that point in time he did not

22  go with the officer.

23           Were you familiar with that?  Did you see that

24  occur at that point?

25      A    I knew that he -- I know that -- I remember

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS  Document 29-8  Filed 10/02/23  Page 5 of 15  PageID #:
469

1    Q   Have you ever met Officer Andrew Serret before?

2    He's the fellow that you let in the house to look.

3    A   I, I know -- I mean, I saw him, but, you know, I

4    don't know his name.  We didn't -- I don't know any of

5    the policemen's name.

6    Q   Yes, ma'am.  Don't have any reason to believe he

7    would make something up that he put in the police report,

8    do you, ma'am?

9    A   I don't, I don't know.  I don't think so.

10   Q   Whenever Mykel was taken to the hospital, Memorial

11   Hixson, in, I guess, October of 2015, he admitted to

12   being under the influence of meth and alcohol at that

13   point in time.  Were you aware of that, ma'am?

14   A   No, sir.

15   Q   As far as Mykel being under the influence of meth,

16   do you know any times that he was under the influence of

17   meth?  Or did he ever tell you that he had taken meth?

18   A   No, he never told me that he'd taken meth.  I

19   don't even know what meth is.

20   Q   Yes, ma'am.

21   A   But I -- I don't know.

22   Q   So that was a little over six months before this

23   incidence in March of 2021 whenever Mykel was under meth

24   at that point in time as well.  Do you know if he did

25   anything in the interim?

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS   Document 29-8   Filed 10/02/23   Page 6 of 15   PageID #:
470

1    other -- another hole that he had [sic].

2      Q   At other locations?

3      A   Yeah.

4      Q   At least the dispatcher reference here is that he

5    was yelling and throwing things around the house and had

6    thrown a beer can at you, which put you in fear.  Do you

7    remember telling them that?

8      A   Yes.  That was, that was -- he threw a beer.  But

9    he didn't throw it at me, he just threw it, you know.

10    And it was -- and it went that way, and I thought it was

11    going to hit me.  I just -- I was fearful because he was,

12    you know, mad.  But I know that, but I know that he -- I

13    was afraid that he was going to destroy my house, you

14    know.  You know, that it would be really a mess, you

15    know; that he was going to really leave a mess, and I

16    didn't want that to happen.

17      Q   Yes, ma'am.  The report is talking about broken

18    glass from picture frames and a bookshelf in the living

19    room which was hit by some type of long knife or sword.

20    Did he have some kind of knife or sword?

21      A   No.  No, he did not.

22      Q   He did have a long stick, didn't he, ma'am, that

23    had a sharp point on it?

24      A   No.

25      Q   Didn't see that?

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS  Document 29-8  Filed 10/02/23  Page 7 of 15  PageID #:
471

1    don't know his name.  And when he did that that morning,

2    he wasn't in his office.

3        Q   We'll have to try to figure out if we can figure

4    out who the officer was there on the 2nd.

5            The officer apparently put Mykel into custody that

6    day.  Do you remember him being taken out and being

7    arrested because of that incidence on the 2nd of March?

8        A   Yes, I remember them taking him.

9        Q   Okay.  And did you tell the officers that

10   Mr. Jenkins goes through episodes where he gets very

11   upset and damages your home?

12       A   I told them that he was depressed and -- he's

13   depressed, and that the depression pretty much came from

14   his father passing away without letting us know that he

15   had cancer.

16       Q   Yes, ma'am.  Well, at least at this point, in

17   2021, his dad's been dead for about four years, right?

18       A   Yes.  But he's been -- he was always...

19       Q   Depressed afterwards?

20       A   Yes.

21       Q   Yes, ma'am.

22       A   And he never, he never got -- he never went and

23   got help for it.

24       Q   Yes, ma'am.  So at least in March of 2021, Mykel

25   was 29 years old at that point, correct, ma'am?

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS  Document 29-8  Filed 10/02/23  Page 8 of 15  PageID #:
472

1  you know.  After I saw a hole in the wall, you know, I

2  knew that was going to cost me a lot, you know, a lot to

3  fix.

4      Q   So Officer Erwin wasn't making those parts up in

5  the report then?

6      A   About, about what?

7      Q   What he was writing down in the report here, about

8  the hole in the wall and throwing the beer can?

9      A   There was a hole in the wall and there was a beer

10  can, yes.  Yes.  I did not have any problems with him.

11      Q   Okay.  Let me show you another report here.  And

12  this is going to be on March the 19th.  We'll look into

13  this just a little bit.

14              (Exhibit 6 was marked.)

15  BY MR. NOBLETT:

16      Q   And at least the reference on this report on here

17  was at least at 10:14 hours on here.  Is that 10:14 in

18  the morning?

19      A   In the morning.

20      Q   Yes, ma'am.  When did Mykel get over to the house

21  that day, on the 19th?

22      A   He spent the night.  He was -- he, he slept there.

23      Q   At your house?

24      A   He was -- yeah.

25      Q   Do you know when he took the methamphetamine that

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS  Document 29-8  Filed 10/02/23  Page 9 of 15  PageID #:
473

1    Q    Never found any syringes?

2    A    Never.  Never.  So, I don't think he'd ever done

3  that.  Because he didn't like going to the doctor and

4  getting shots either.  So, I don't think...

5    Q    Well, on the morning of the 19th, this report at

6  least indicates, Exhibit No. 6, that Officer Epling with

7  the police department initially responded to a

8  disorder/mental health call at your house.  And the

9  complainant, which is you, advised that her son was on

10  scene and was destroying your room at that point.

11        Tell me a little bit about that.

12    A    No.  He wasn't destroying my room.  He wasn't

13  destroying anything.  He was going back and forth, back

14  and forth, back and forth, back and forth, and talking to

15  himself and acting weird.  And then he went outside.  And

16  I think that's where the other member of [sic] -- called.

17  Because there was another call that day.

18        Okay.  And because the neighbor heard him

19  screaming and yelling and hollering.  And I guess they

20  were afraid for me.  Because they were screaming -- he

21  was screaming, yelling and hollering.  And he was

22  around -- going around the house.  And he wouldn't sit

23  down.  He couldn't sit down.  He was just, like, moving

24  around and really upset.

25        He had been drinking beer.  And he had beer, you

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS  Document 29-8  Filed 10/02/23  Page 10 of 15  PageID #:
474

1   know -- he had been drinking beer.  And I asked him, I
2   said, did you drink beer all night?  He said, no, I just
3   had, I just had some beer.
4          I said, well, there's no beer left.  So you
5   must've drank all of it, you know.
6          And he says, he says, well, he -- but I'm okay.
7          And I said, well, you don't seem okay to me.  You
8   seem, you know -- and he says, well, I'm okay.  He says,
9   okay.
10          And then he started, you know, going here and
11   there.  And he was, like, you know -- so I, I said,
12   Mykel, I think you need to go to the doctor, you know.  I
13   think something's going on.  I think you're not feeling
14   good.
15          And he says, no, mom, I'm okay.
16          And I said, no, I think you need to go.
17          And then -- all of a sudden, he, he starts doing
18   it again.  And I couldn't, I couldn't get him to sit
19   down.  So I just called the policeman.  And when the
20   policeman came to the door, I told them that Mykel was in
21   the room and that, please, take him to the hospital
22   because I think he needs to be seen by the doctor, just,
23   you know, to see what's going on with him.
24     Q   Do you know how much beer you had in the house
25   on --

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS  Document 29-8  Filed 10/02/23  Page 11 of 15  PageID #:
475

1      A   I don't know what it was, but -- I don't know.

2   He -- they showed me a knife, but the knife they showed

3   me was -- had been in the kitchen.  And it was in the

4   kitchen and it wasn't in Mykel's room.  It was in the

5   sink, you know.  It was in the sink.  When I went back

6   there, when they told me to go to the den, it was still

7   in the sink.

8      Q   Yes, ma'am.

9      A   So, he did not have a knife.

10     Q   Yes, ma'am.

11     A   Or at least it wasn't that knife.  But he didn't

12  have no knife.

13     Q   Yes, ma'am.  There was quite bit of body cam

14  information showing what Mykel had that day.  You've

15  never looked at that, though?

16     A   No.

17     Q   Okay.  So, regarding the incidence that occurred

18  in Mykel's room there somewhere after 10:00 in the

19  morning on March the 19th, you did not see what happened

20  inside the room, correct?

21     A   They told me to leave.

22     Q   Yes, ma'am.

23     A   They sent me, they sent me to my bedroom and then

24  they sent me to the den.

25     Q   Yes, ma'am.

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS  Document 29-8  Filed 10/02/23  Page 12 of 15  PageID #:
476

1      A   I don't know what it was, but -- I don't know.

2   He -- they showed me a knife, but the knife they showed

3   me was -- had been in the kitchen.  And it was in the

4   kitchen and it wasn't in Mykel's room.  It was in the

5   sink, you know.  It was in the sink.  When I went back

6   there, when they told me to go to the den, it was still

7   in the sink.

8      Q   Yes, ma'am.

9      A   So, he did not have a knife.

10     Q   Yes, ma'am.

11     A   Or at least it wasn't that knife.  But he didn't

12  have no knife.

13     Q   Yes, ma'am.  There was quite bit of body cam

14  information showing what Mykel had that day.  You've

15  never looked at that, though?

16     A   No.

17     Q   Okay.  So, regarding the incidence that occurred

18  in Mykel's room there somewhere after 10:00 in the

19  morning on March the 19th, you did not see what happened

20  inside the room, correct?

21     A   They told me to leave.

22     Q   Yes, ma'am.

23     A   They sent me, they sent me to my bedroom and then

24  they sent me to the den.

25     Q   Yes, ma'am.

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS  Document 29-8  Filed 10/02/23  Page 13 of 15  PageID #:
477

1    A    And they told me to leave.

2    Q    Yes, ma'am.

3    A    And then the minute I go to sit down in the den, I

4    hear the shotguns.  I hear the gun going off.

5    Q    All right.  So, just wanted to make sure I have

6    for the record, you did not see what happened at the time

7    Mykel was shot, correct?

8    A    No.  I heard it.

9    Q    And you do not know what Mykel was doing before

10   the time he got shot, correct?

11   A    Yes.  I, I know he went to the bathroom and then

12   he went to other side of the bedroom -- the bed.  Because

13   I saw from, I saw from my room that he was on the other

14   side of the bed, and I saw that he -- that he had jumped

15   up on the bed, and he came down and then they, they shot

16   him with the thing and he screamed really loud.

17   Q    So you actually saw him get shot?

18   A    I -- the electric, I --

19   Q    The taser shot?

20   A    The taser.  I saw -- I did not know what it was,

21   but I saw, you know, I saw him, you know -- I saw the

22   shadows of him, you know.  And then I, and then I heard

23   him fall and then I heard him scream loud.  I mean, I've

24   never heard a scream like that ever.  And I heard the

25   scream.  And then that's when the policeman turned over

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS  Document 29-8  Filed 10/02/23  Page 14 of 15  PageID #:
478

1  yourself?

2      A    No.  I didn't see them.  No.  I didn't even know

3  their names.

4      Q    Did y'all ever set up any type of, I guess, estate

5  on behalf of Mykel here after his death, go through the

6  court system and set up any kind of estate?

7      A    No.

8      Q    Okay.  Did you get any medical bills at all that

9  were Mykel's here in connection with this incident?

10     A    I think there was.  And then they -- but it went

11 to Mykel, you know, and they said I didn't have to pay.

12 The police -- not the police, the doctor...

13     Q    The doctor said that?

14     A    They said, well, it's not in your name, so you

15 don't have to pay.

16     Q    So you didn't have to pay any medical bills

17 associated with Mykel's death?

18     A    They didn't, they didn't continue sending me

19 anything.

20     Q    Okay.  I think the last thing I was wanting to ask

21 you about is the jobs that Mykel had.  Do you know any

22 specific employers that Mykel had at all?

23     A    No.  I'm sorry.

24     Q    Okay.  So, as far as any, I guess, information

25 that Mykel would've had -- had he normally filled out

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS   Document 29-8   Filed 10/02/23   Page 15 of 15   PageID #: 479