UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

ISABEL TERESA FERNANDEZ JENKINS, as :
Next of kin of MYKEL D. JENKINS (Deceased), :
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff, :
　　　　　　　　　　　　　　　　　　　　　　:
vs.　　　　　　　　　　　　　　　　　　　　 : Civil Action No. 1:22-cv-69
　　　　　　　　　　　　　　　　　　　　　　:
CITY OF CHATTANOOGA, CHATTANOOGA :
POLICE DEPARTMENT, JOHN DOE 1, JOHN :
DOE 2, JOHN DOE 3, and JOHN DOE 4, in their :
Official capacities as agents for the Chattanooga :
Police Department, :
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants. :

## AFFIDAVIT OF EMANUEL KAPELSOHN

STATE OF PENNSYLVANIA )
COUNTY OF LEHIGH)

Comes now Emanuel Kapelsohn, who, first after being duly sworn would state as follows:

1. My name is Emanuel Kapelsohn, I am over eighteen years of age and have personal knowledge of the facts and circumstances stated herein.

2. I am the president of the Peregrine Corporation. I have been president of the Peregrine Corporation since 1985. I design, evaluate, and implement training programs for police, security, and other armed personnel and civilians throughout the United States and abroad, including use of force, firearms, defensive tactics, executive protection and specialized training.

3. I am also an Attorney at Lesavoy Butz & Seitz LLC located in Allentown, PA, where I practice civil litigation, municipal law, general practice and risk management. I have been with Lesavoy, Butz, and Seitz LLC since it was founded in 2007, and have practiced law with the same attorneys since 1994. I have attached a copy of my curriculum vitae with my other qualifications as **Exhibit 1.**

1

4. I have been retained by the City of Chattanooga as an expert in use of force in this case.

5. On July 12, 2023, I prepared a report providing my expert opinion concerning the use of force used against the decedent, Mykel Jenkins in this matter. In my report, I provided a list of documents, photos, and videos I reviewed in order to prepare my report. My report is attached hereto as **Exhibit 2.**

6. In my report, I ultimately concluded that the force used against Mr. Jenkins was consistent with Chattanooga Police Department Policies and the training of the officer who utilized deadly force in this incident. Further, I have also concluded that the Chattanooga Police Department's use of force policy is consistent with federal use of force standards as set forth in my written report.

7. Since my report was drafted, I have not changed my opinions as originally written.

FURTHER AFFIANT SAITH NOT.

_____
EMANUEL KAPELSOHN

Sworn to and subscribed before me
this the 29 day of September, 2023.

_Stella Blake_
NOTARY PUBLIC AT LARGE
My Commission Expires: 6/3/2025

Commonwealth of Pennsylvania - Notary Seal
Stella Blake, Notary Public
Lehigh County
My commission expires June 3, 2025
Commission number 1212907
Member, Pennsylvania Association of Notaries

2

Case 1:22-cv-00069-DCLC-CHS   Document 29-9   Filed 10/02/23   Page 2 of 2   PageID #: 481