UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ISABEL TERESA FERNANDEZ JENKINS, as Next of kin of MYKEL D. JENKINS (Deceased), | : : : | |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No. 1:22-cv-69 |
| CITY OF CHATTANOOGA, CHATTANOOGA POLICE DEPARTMENT, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, and JOHN DOE 4, in their Official capacities as agents for the Chattanooga Police Department, | : : : : : : | |
| Defendants. | : | |

## AFFIDAVIT OF RONALD ZIRK

STATE OF TENNESSEE :
COUNTY OF HAMILTON:

Comes now Ronald Zirk, who, first after being duly sworn states as follows:

1. My name is Ronald Zirk, I am over eighteen years of age and have personal knowledge of the facts and circumstances stated herein.

2. At all times relevant to this action I was assigned to the Training Division of the Chattanooga Police Department ("CPD") where I am a Master Instructor. I have been employed by the Chattanooga Police Department for over 18 years. I have been an instructor in the Training Division since 2008. I have worked for other law enforcement agencies and have a total of almost 26 years in law enforcement.

3. One of the courses I teach at the Chattanooga Police Academy is the proper and constitutional use of force in law enforcement.

4. One of the components of the use of force training is real life scenario-based testing. This component includes placing officers in real life situations to experience the challenges of

1

making use of force decisions. Officers must satisfactorily complete this component. In addition to real life scenario-based training, officers are trained on tactical shooting. I am aware that situational or scenario based training is nationally recognized and has been provided to Chattanooga police officers since 1998. Over that time, the CPD Training Division has adapted to ongoing nationally recognized changes in the Law Enforcement community with respect to situational training that reflects, or has reflected, the most current trends across the country.

5. Both during the CPD Academy and in the yearly Tennessee Peace Officer Standards Training ("POST") in-service training, officers are trained regarding the use of force or response to resistance continuum. Officers are trained to respond to the level of resistance that they encounter so that if a subject escalates the resistance, the officer escalates his response accordingly. Likewise, as a subject de-escalates his resistance against an officer, the officer is required to de-escalate force as well to an appropriate level in response to the subject's resistance. CPD uses simunitions and Red Gun exercises in conjunction with role playing exercises involving the use of deadly force.

6. CPD Officers are trained annually that they shall use the minimum amount of force necessary to conduct lawful public activities. The level of force used by an officer is dependent upon the level of resistance presented by the person with whom the officer is dealing. Shoot/Don't Shoot Scenarios can be seen across several classes taught; Vehicle STOPS, Use of Force, Verbal De-escalation, as well as other practical scenarios when discussing Officer Safety and Survival issues.

7. Specific training provided to each officer involved in this deadly force incident included use of force continuum, scenario-based training on use of force, and de-escalation techniques as demonstrated in the training records as follows: Officer Blumenberg at Bates# 000225-000784, Officer Blake Martin at Bates #000785-001278, Officer Timmons at Bates #

2

001279-001406, and Officer Vrandenburg at Bates #001407-001608. The Bates stamped pages attached to this affidavit include true and correct copies of training records in each officer's file previously provided in discovery.

8. The Chattanooga Police Department also clearly provided use of force training to each officer prior to March 19, 2021 that included one plus one theory, principles in escalation and de-escalation, shooting on the move, threat assessment and principals of tactical shooting during annual in-service training for all of its officers. All use of force policies adopted by the Police Chief and documentation of review by each officer are maintained by the City in a computer program called Power DMS.

9. Power point slides and scheduling for training on CPD Use of Force Policy Review, Tactical Shooting, Defensive Tactics, and Active Shooter are attached to this affidavit as they were presented during annual in-service training. These documents were previously produced to plaintiff's counsel during discovery. All of this training was provided to Chattanooga Police officers before this incident occurred on March 19, 2021.

10. All of the CPD training that was provided to these officers during Academy or annual in-service training was approved by POST before this incident occurred on March 19, 2021 and has not been in violation of the constitution by any court to my knowledge.

AFFIANT FURTHER SAITH NOT.

_____
RONALD ZIRK

Sworn to and subscribed before me
this 29th day of September, 2023.

_____
NOTARY PUBLIC AT LARGE
My commission expires: 3/10/2025

3