```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF TENNESSEE

 3                       AT CHATTANOOGA

 4   ----------------------------------------------
                                         )
 5   ISABEL TERESA FERNANDEZ             )
     JENKINS, as next of kin             )
 6   of MYKEL D. JENKINS                 )
     (Deceased),                         )
 7                                       )
             Plaintiff,                  )
 8                                       ) Civil Action 1:22-cv-69
        vs.                              )
 9                                       )
     CITY OF CHATTANOOGA;                )
10   CHATTANOOGA POLICE                  )
     DEPARTMENT; JOHN DOE 1,             )
11   JOHN DOE 2, JOHN DOE 3,             )
     and JOHN DOE 4, in their            )
12   official capacities as              )
     agents for the Chattanooga          )
13   Police Department.                  )
                                         )
14           Defendants.                 )
     ----------------------------------------------
15                         Chattanooga, Tennessee
                              August 2, 2023
16

17        DEPOSITION OF ISABEL FERNANDEZ JENKINS

18   ----------------------------------------------

19

20

21

22

23

24

25
```

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS   Document 31-1   Filed 10/02/23   Page 1 of 4   PageID #: 2000

1   Q   Yes, ma'am.  And y'all were not making any claims
2   about any improper actions of the officers on those
3   occasions, were you, ma'am?
4   A   I wasn't -- like I said, I didn't follow them, and
5   so I didn't see if they did anything improper or not.
6              MR. NOBLETT:  All right.  I'd like to mark
7   another one as Exhibit No. 5.
8              (Exhibit 5 was marked.)
9   BY MR. NOBLETT:
10  Q   This is an incident that occurred on March 2nd of
11  2021, which I think was about two weeks before the 19th
12  here, ma'am.
13  A   This is not right.  There was no assault.
14  Q   Okay.
15  A   He never hurt me.  He never, he never hurt me.
16  The thing was that he -- what he did was he banged the
17  door -- he banged his hands on the, on the -- he took and
18  he -- he took his fist and he took and it went, it went
19  through the wall, in the house.
20  Q   Yes, ma'am.
21  A   And I got upset with him and I got and went -- and
22  went and called the law and told them that he was
23  destroying property.
24  Q   Yes, ma'am.
25  A   But it wasn't assault.  And he -- and I wasn't

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS   Document 31-1   Filed 10/02/23   Page 2 of 4   PageID #: 2001

1   A   I don't know what it was, but -- I don't know.
2 He -- they showed me a knife, but the knife they showed
3 me was -- had been in the kitchen. And it was in the
4 kitchen and it wasn't in Mykel's room. It was in the
5 sink, you know. It was in the sink. When I went back
6 there, when they told me to go to the den, it was still
7 in the sink.
8   Q   Yes, ma'am.
9   A   So, he did not have a knife.
10  Q   Yes, ma'am.
11  A   Or at least it wasn't that knife. But he didn't
12 have no knife.
13  Q   Yes, ma'am. There was quite bit of body cam
14 information showing what Mykel had that day. You've
15 never looked at that, though?
16  A   No.
17  Q   Okay. So, regarding the incidence that occurred
18 in Mykel's room there somewhere after 10:00 in the
19 morning on March the 19th, you did not see what happened
20 inside the room, correct?
21  A   They told me to leave.
22  Q   Yes, ma'am.
23  A   They sent me, they sent me to my bedroom and then
24 they sent me to the den.
25  Q   Yes, ma'am.

Wilson Reporting Agency (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS   Document 31-1   Filed 10/02/23   Page 3 of 4   PageID #: 2002

1  Mykel was taken to the hospital?
2    A   No.  They didn't, they didn't let me go with him.
3  They, they made me go to the -- they made me go to -- I
4  felt like they were taking me to jail or something,
5  because they made me to sit in this -- the car.  And I
6  went to a sheriff, and they brought me and they took me
7  in a room, and they started asking me all sorts of
8  questions, you now.
9    Q   Yes, ma'am.
10   A   And I, I can't tell you what I answered, because I
11  was -- all I was wanting, I was wanting my daughter to --
12  I wanted to see my daughter.  I wanted -- my daughter had
13  come and they wouldn't let her come in.  They wouldn't
14  let her come in.  And they wouldn't let my cousin go to
15  the house.  They, you know, they kept me away from
16  everybody.
17   Q   Yes, ma'am.  The information that you gave to the,
18  I guess the sheriff's department at that point in time,
19  was that true and correct to the best of your knowledge?
20   A   To the best of my knowledge, yes.
21   Q   Okay.
22   A   I just don't know what I said.  I don't remember.
23   Q   Yes, ma'am.  And you swore to that under oath that
24  day as well?
25   A   I don't remember.  Like I told you, I was, I was

Wilson Reporting Agency  (423) 267-6000
www.wilsonreporting.com
Case 1:22-cv-00069-DCLC-CHS   Document 31-1   Filed 10/02/23   Page 4 of 4   PageID #: 2003