ISABEL TERESA FERNANDEZ JENKINS, as
Next of kin of MYKEL D. JENKINS (Deceased),

    Plaintiff,

vs.

CITY OF CHATTANOOGA, CHATTANOOGA
POLICE DEPARTMENT, JOHN DOE 1, JOHN
DOE 2, JOHN DOE 3, and JOHN DOE 4, in their
Official capacities as agents for the Chattanooga
Police Department,

    Defendants.

Civil Action No. 1:22-cv-69

## NOTICE OF MANUAL FILING BY DEFENDANTS

Please take notice that the Defendants have manually filed with the Clerk of Court one (1) flash drive containing the following video in support of their motion for summary judgment:

1. Isabel_Fernandez_-_Axon_Interview_-_West_Room_2_-_CAM2(1);
2. Blumenberg_-_Axon_Body_3_Video_2021; and
3. Martin_-_Axon_Body_3_Video-2021-03-19-1023-(1).

The flash drive could not be filed electronically because it contains video/audio recordings that cannot be converted into PDF and uploaded to CM/ECF.

A true and exact copy of said flash drive has been served upon the Plaintiff.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF CHATTANOOGA, TENNESSEE

By: s/ Phillip A. Noblett
PHILLIP A. NOBLETT (BPR #10074)
*Deputy City Attorney*
KATHRYN MCDONALD (BPR #30950)
*Assistant City Attorney*
100 E. 11th Street, Suite 200
Chattanooga, Tennessee 37402
(423) 643-8250 (Telephone)
(423) 643-8255 (Facsimile)

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served a true and correct copy of the foregoing pleading through the Court's ECF electronic filing system:

This 2nd day of October, 2023.

s/ Phillip A. Noblett

Page **2** of **2**

Case 1:22-cv-00069-DCLC-CHS   Document 32   Filed 10/02/23   Page 2 of 2   PageID #: 2005