UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| ISABEL TERESA FERNANDEZ JENKINS, | ) ) ) ) | |
| Plaintiff, | ) ) | 1:22-CV-00069-DCLC-CHS |
| v. | ) ) ) | |
| CITY OF CHATTANOOGA, et al., | ) ) ) | |
| Defendants. | ) ) | |

# ORDER

Before the Court is Plaintiff's Motion for Extension of Time [Doc. 33], requesting a ten-day extension of the deadline to respond to Defendants' Motion for Summary Judgment. Defendants previously moved to extend the dispositive motion deadline because they were awaiting the preparation of deposition transcripts [Doc. 27, ¶¶ 3–4]. The Court granted Defendants' motion and extended the deadline [Doc. 28]. Defendants timely filed their motion on October 2, 2023 [*see* Doc. 29], and the response deadline was October 23, 2023. *See* L.R. 7.1(a). Plaintiff now moves to extend the response deadline because counsel needs additional time to review the deposition transcripts, as well as video files received from Defendants [Doc. 33, ¶¶ 1–2]. Counsel requests an extension until November 2, 2023 [*Id.*, ¶ 4]. Because Plaintiff has shown good cause for an extension, Plaintiff's motion [Doc. 33] is **GRANTED**. Plaintiff shall respond to Defendants' Motion for Summary Judgment on or before **November 2, 2023**.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge