**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | | |
|---|---|---|
| **ISABEL TERESA FERNANDEZ JENKINS** | ) | |
| **as next of kin of MYKEL D. JENKINS** | ) | |
| **(Deceased),** | ) | |
| | ) | **NO: 1:22-CV-00069-DCLC-CHS** |
| **Plaintiff,** | ) | |
| | ) | **JURY DEMAND** |
| **V.** | ) | |
| | ) | |
| **CITY OF CHATTANOOGA,** | ) | |
| **CHATTANOOGA POLICE DEPARTMENT,** | ) | |
| **JOHN DOE 1, JOHN DOE 2, JOHN DOE 3** | ) | |
| **JOHN DOE 4 In their official capacities as** | ) | |
| **agents for the Chattanooga Police Department** | ) | |
| **and in their individual capacity** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## NOTICE OF SERVICE
---

Comes now the Plaintiff, by and through counsel, and hereby gives notice to the Court of

the service of Plaintiff's Proposed Pretrial Order on this date, November 3, 2023.

Respectfully submitted,

/s/ Corissa Davis_____
Corissa M. Davis, (BPR 40245)
Robert Floyd Davis, (BPR #30129)
Davis, Kessler & Davis
433 Cherokee Blvd.
Chattanooga, TN 37405
(423) 267-7000
*Attorneys for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

 The undersigned hereby certifies that a true and exact copy of the foregoing document has been served by placing a true and exact copy of said document in the United States Mail, Fax, or Email, addressed to said person listed below, with sufficient postage thereupon to carry the same to its destination.

PHILLIP A. NOBLETT – BPR #10074
Deputy City Attorney
KATHRYN C. MCDONALD – BPR #30950
DAVID W. SCHMIDT – BPR #26016
Assistant City Attorneys
100 East 11th Street, Suite 200
Chattanooga, Tennessee 37402
(423) 643-8250 - Telephone
(423) 643-8255 - Fax
Attorneys for Defendants

This the 3rd day of November, 2023.

/s/ Corissa Davis
Corissa M. Davis