UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ISABEL TERESA FERNANDEZ JENKINS, | ) |
| Plaintiff, | ) 1:22-CV-00069-DCLC-CHS |
| v. | ) |
| CITY OF CHATTANOOGA, *et al.*, | ) |
| Defendants. | ) |

**JUDGMENT**

This case came before the Court on Defendants' Motion for Summary Judgment [Doc. 29]. For the reasons stated in the accompanying Memorandum Opinion and Order, Defendants' Motion for Summary Judgment is **GRANTED**. Counts I and II of the Complaint [Doc. 1, ¶¶ 30–36] are **DISMISSED WITH PREJUDICE**. Counts III through VII [*Id.*, ¶¶ 37–55] are **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court